UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA SANKOFA ASHANTI,<br><br>        Petitioner,<br><br>        v.<br><br>BRIAN DUFFY, Warden,<br><br>        Respondent. | No. CV 15-571-DDP (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: February 20, 2015

_____
DEAN D. PREGERSON
United States District Judge